

# IN THE
## TENTH COURT OF APPEALS

### No. 10-12-00181-CR

**ERIC L. ASHLEY,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 278th District Court
### Walker County, Texas
### Trial Court No. 24,913

## MEMORANDUM  OPINION

A judgment was rendered against Eric L. Ashley on May 24, 2011.  Ashley's notice of appeal was filed on May 17, 2012.  The notice of appeal is untimely.  *See* TEX. R. APP. P. 26.2(a).  Therefore, this proceeding is dismissed for want of jurisdiction.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
  Justice Davis, and
  Justice Scoggins
Appeal dismissed
Opinion delivered and filed June 27, 2012
Do not publish
[CR25]